**Laurie Michelle JACKSON, Plaintiff,**

**Creative Designs by L., Inc., Respondent,**

v.

**Gregory G. FENLON, Appellant.**

**No. ED 97714.**

Missouri Court of Appeals, Eastern District, Division Five.

Feb. 19, 2013.

Gregory G. Fenlon, Clayton, MO, pro se.

Dwayne A. Johnson, St. Peters, MO, for Respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J. and ELLEN LEVY SIWAK, Sp. J.

## ORDER

PER CURIAM.

Gregory G. Fenlon appeals the judgment of the trial court in favor of Creative Designs by L, Inc., on Plaintiff's action on account and for unjust enrichment. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).